UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael BRYANT, Jr., Defendant–
Appellant.

No. 12-30177

United States Court of Appeals,
Ninth Circuit.

Filed August 3, 2016

D.C. No. 1:11-cr-00070-JDS-1

Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, for Plaintiff–Appellee.

Steven C. Babcock, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana (Billings), Billings, MT, Jessica L. Weltman, Esquire, Jessica L. Weltman, Attorney At Law, Missoula, MT, for Defendant–Appellant.

Joshua Morris Segal, Jenner & Block LLP, Washington, DC, for Amicus Curiae—Pending.

Before: HARRY PREGERSON, RICHARD A. PAEZ, and PAUL J. WATFORD, Circuit Judges.

ORDER

In light of the Supreme Court's opinion and judgment in *United States v. Bryant*, —— U.S. ——, 136 S.Ct. 1954, 195 L.Ed.2d 317 (2016), the district court's order denying Bryant's motion to dismiss the indictment is **AFFIRMED**.

Upon the filing of this order, the mandate shall issue forthwith.